IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02784-MSK-BNB

ROCKY VISTA UNIVERSITY, LLC,

Plaintiff,

v.

JOSEPH ANDREW USERA,

Defendant.

___

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
AND ORDER**
___

This matter arises on **Defendant's Unopposed Motion for Protective Order to Stay Discovery** [Doc. # 17, filed 11/25/2013] (the "Motion to Stay"). The defendant seeks an indefinite stay of discovery and other pretrial proceedings until the earlier of "an order granting [d]efendant's motion to dismiss or [d]efendant's receipt of right-to-sue notices from the EEOC." Motion to Stay [Doc. # 17] at p. 3.

Stays of proceedings pending the determination of motions to dismiss generally are disfavored in this district. Chavez v. Young America Ins. Co., 2007 WL 683973 *2 (D. Colo. Mar. 2, 2007). In addition, the defendant offers no indication as to when the EEOC may issue a right-to-sue letter. Under these circumstances, a better procedure is to close the case administratively subject to reopening for good cause, as provided in D.C.COLO.LCivR 41.2.

IT IS ORDERED that the Motion to Stay [Doc. # 17] is DENIED.

In addition, I respectfully RECOMMEND that the action be closed administratively subject to reopening for good cause.

Dated December 4, 2013.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge